UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NOAH PLANK and JOHN GARFOLO, on behalf of themselves and other individuals similarly situated,<br>         Plaintiffs,<br><br>    against<br><br>KANSAS STATE UNIVERSITY; KANSAS BOARD OF REGENTS; and other affiliated entities and individuals,<br><br>         Defendants. | Case No. 20-CV-02335<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Noah Plank and John Garfolo, on behalf of themselves and other individuals similarly situated, pursuant to Rule 41(a)(1)(A)(i), hereby provide their Notice of Voluntary Dismissal without prejudice, each party to bear its own costs.

Respectfully submitted,

**JOSEPH, HOLLANDER & CRAFT LLC**

By:  /s/ Andrew J. Goodwin
Christopher M. McHugh (19889)
cmchugh@josephhollander.com
Christopher M. Joseph (19778)
cjoseph@josephhollander.com
Andrew J. Goodwin (25819)
agoodwin@josephhollander.com
926 Cherry St., Suite 200
Kansas City, Missouri 64106
T: (816) 297-0800
F: (816) 787-1379

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2020, the foregoing document was electronically filed and will be served through the Court's CM/ECF system to all counsel of record.

                                                  <u>Andrew J. Goodwin</u>
                                                  Counsel for Plaintiffs and
                                                  the Putative Class